UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GARRETT GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:12-cv-00121-JAW |
| | ) |
| CO JOHN DOE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed June 22, 2012, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Complaint (ECF No. 1) be and hereby is DISMISSED for Plaintiff's failure to prosecute.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 18th day of July, 2012